# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO EUDAVE, | Case No. 1:18-cv-00943-LJO-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS WITH THE CLERK OF COURT |
| v. | |
| HATTON, | |
| Respondent. | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 12, 2018, Respondent filed a notice of lodging documents in paper. (ECF No. 16). However, the Court has yet to receive any documents. Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of this order, Respondent SHALL LODGE with the Clerk of Court any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated:  __November 1, 2018__          /s/ _Erica P. Grosjean_
                                       UNITED STATES MAGISTRATE JUDGE